

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Jennifer Ann Larkins-Ruby v. Austin County, Sealy Independent School District, and Austin County Emergency Services District #1

Appellate case numbers:     01-21-00496-CV

Trial court case number:     2020V-0165

Trial court:     155th District Court of Austin County


On January 3, 2023, appellant Jennifer Ann Larkins-Ruby filed a document entitled "Special Wayside Bill of Exceptions in Special Term." We construe this document as a motion for rehearing of the Court's December 29, 2022 memorandum opinion and judgment. *See* TEX. R. APP. P. 49.1. It is ordered that the motion for rehearing is **denied**.


Judge's signature:     /s/  April L. Farris
                                  Acting for the Court

Panel consists of: Justices Goodman, Rivas-Molloy, and Farris.


Date: January 19, 2023